# EXHIBIT A

CAUSE NO. 2022-DCL-06153

| | | |
|---|---|---|
| FLORA A. GONZALES | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | CAMERON COUNTY, TEXAS |
| | § | |
| HOME DEPOT U.S.A., INC. | § | 357TH JUDICIAL DISTRICT |

## INDEX OF DOCUMENTS

1. Docket Sheet

2. Plaintiff's Original Petition

3. Citation Issued

4. Plaintiff's Motion for Telephonic Docket Control Conference

5. Defendant Home Depot U.S.A., Inc.'s Original Answer to Plaintiff's Original Petition

6. Order Granting Plaintiff's Motion for Telephonic Docket Control Conference with Incorrect DCC Hearing Time

7. Order Granting Plaintiff's Motion for Telephonic Docket Control Conference with Correct DCC Hearing Time